IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**EVANSTON INSURANCE COMPANY**                                                                                    **PLAINTIFF**

V.                                       CASE NO. 5:17-CV-05256

**THE LOGAN CENTERS, INC., f/k/a BOECKMANN
CONSULTING, INC.; JEANNIE BOECKMANN,**
a/k/a Jeannie Sherman; **RAYMOND BOECKMANN;**
and **CARLA WALKER,** as Administratrix of the Estate
of Antonio Cozart, Deceased                                                                                          **DEFENDANTS**

## ORDER OF DISMISSAL

Currently before the Court is a Joint Motion to Dismiss (Doc. 31). In the Motion, the parties represent that all claims brought by Plaintiff and counterclaims brought by Defendants have been fully settled, and that the parties now wish for the case to be dismissed with prejudice pursuant to Rule 41.

The Court, being well advised, therefore **ORDERS** that the Joint Motion to Dismiss (Doc. 31) is **GRANTED**, and the case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 13th day of March, 2018.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE